Newman v American Airlines (2021 NY Slip Op 50388(U))

[*1]

Newman v American Airlines

2021 NY Slip Op 50388(U) [71 Misc 3d 135(A)]

Decided on April 30, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 30, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570051/20

David Newman, Plaintiff-Respondent, 
against
American Airlines, Defendant-Appellant.

Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of
New York, New York County (Dakota D. Ramseur, J.), entered July 23, 2019, after trial, in favor
of plaintiff and awarding him damages in the principal amount of $1,445.43.

Per Curiam.
Judgment (Dakota D. Ramseur, J.), entered July 23, 2019, modified by vacating the damage
award and directing a new trial on the issue of damages only; as modified judgment affirmed
without costs.
The trial court achieved "substantial justice" consistent with substantive law principles
(see CCA 1804) in resolving the liability aspect of this small claims action in plaintiff's
favor, since the evidence permits a finding that the plaintiff's checked Ferragamo bag had been
damaged while in defendant airline's charge and that defendant's repair efforts were
unsatisfactory.
Contrary to defendant's contention, the court's decision set forth sufficient findings of fact
and conclusions of law to satisfy the requirements of CPLR 4213(b).
The damage award is not sustainable however. The proper measure of damages is either the
difference in market value of the bag immediately before and immediately after the accident, or
the reasonable cost of repairs necessary to restore it to its former condition, whichever is less
(see Oparaji v 245-02 Merrick Blvd, LLC, 149 AD3d 1091, 1092 [2017][citations
omitted]; 36 NYJur 2d Damages § 82). Since both parties proceeded upon and the trial
court utilized an incorrect measure of damages, a new trial is warranted (see Weinstein
Korn Miller, NY Civil Practice CPLR § 5522.05).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 30, 2021